**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

IN RE:
ANTHONY MCNELLEY              :         BK. NO. 08-12452
MARY LOU MCNELLEY             :         CHAPTER 7
         **Debtors**              :

**TRUSTEE'S DECLARATION AND REQUEST FOR NOTICE TO FILE PROOFS OF CLAIM**

    Please be advised that I have recovered assets in the above referenced proceeding, and it appears that a distribution to creditors may be possible.

    Therefore, I request the Court to provide a written notice to the below identified class(es) of creditors of the possibility of a distribution, and the bar date for filing proofs of claims as set forth in FRBP 3003 (c)(5).

_____X_____        Priority Creditors

_____X_____        General Unsecured Creditors

_____         Other (Specify)

/s/ Stacy B. Ferrara
Trustee
STACY B. FERRARA
Address:    Nolan, Brunero, Cronin & Ferrara, Ltd.
                 1070 Main Street
                 Coventry, RI 02816
Telephone:  (401) 828-5800
Facsimile:  (401) 823-3230
Email:      sferrara@ndgrb.com

Dated: July 6, 2017

cc:    US Trustee's Office
      10 Dorrance Street, Room 910
      Providence, RI 02903