# NOLAN, BRUNERO, CRONIN & FERRARA, LTD.

ATTORNEYS AND COUNSELLORS AT LAW

1070 MAIN STREET

COVENTRY, RI 02816

PETER D. NOLAN
JOSEPH E. ROTHEMICH, JR.
JOHN S. BRUNERO, JR.
THOMAS J. CRONIN
STACY BETTEZ FERRARA

(401) 828-5800
(401) 821-0900
(401) 823-3230 FAX

September 29, 2020

Clerk, US Bankruptcy Court
District of Rhode Island
380 Westminster Street,
6th Floor
Providence, RI 02903

**RE: Anthony & Mary Lou McNelley; BK No. 08-12452**

Dear Sir/Madam:

Enclosed please find a check made payable to Clerk, US Bankruptcy Court in the amount of $84,276.53 for unclaimed surplus funds in a distribution in the above referenced matter. These funds belong solely to Mary Lou McNelley as a result of the administration of a personal injury claim. I understand Ms. McNelley passed away in 2019 and to date a probate has not been filed. Please let me know if you have any further questions or concerns on this matter.

Very truly yours,

Stacy B. Ferrara

MB/SF
Enclosure : Check No.10120

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK – HOLD AT AN ANGLE TO VIEW

**People's United Bank**
Bridgeport, CT

VOID AFTER 90 DAYS        10120
51-7218/2211

TID #590110
Stacy B. Ferrara
Nolan Brunero Cronin Ferrara
1070 Main Street
Coventry RI 02816

Case: 08-12452 DF
7100053930
Debtor: MCNELLEY, ANTHONY
MCNELLEY, MARY LOU
per UST return to registry, Debtor, wife has passed and probate needs to be opened for surplus check to be disbursed

Date 09/28/2020        $ ******84,276.53

~~~Eighty-Four Thousand Two Hundred Seventy-Six Dollars and 53/100

Pay to the Order of: Clerk, US Bankruptcy Court
District of Rhode Island
380 Westminster Street, 6th Floor
Providence, RI 02903

Stacy B. Ferrara, Chapter 7 Trustee

⑃000 10120⑃ ⑆221172186⑆ 7100053930⑃

```
UNITED STATES
BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND
PROVIDENCE DIVISION

# 10194      - CS

October 05, 2020
   14:00:38

      REGISTRY
   08-12452-DF7
Debtor.: ANTHONY MCNELLEY
Judge..: DIANE FINKLE
Trustee: Stacy Ferrara
Amount.:            $84,276.53 CH
Check#.: 10120


Total->  $84,276.53


FROM: STACY B. FERRARA
```